**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MELINDA FRIEND; et al., | No. 08-16963 |
| Plaintiffs - Appellees, | D.C. No. 3:07-cv-05222-MMC |
| v. | Northern District of California, San Francisco |
| THE HERTZ CORPORATION, | |
| Defendant - Appellant. | |
| | ORDER |

On Remand from the United States Supreme Court

Before: FERNANDEZ, CALLAHAN and IKUTA, Circuit Judges.

In light of the Supreme Court's decision in *Hertz v. Friend*, 559 U.S. ___

(2010), the order of the district court granting plaintiff's motion to remand is

vacated, and the case is remanded for further proceedings consistent with *Hertz*.